# United States District Court

**SOUTHERN**   **DISTRICT OF**   **FLORIDA**

DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

FRANCISCO ORTEGA

**WARRANT FOR ARREST**

**CASE NUMBER:**

**TO:** The United States Marshal
and any Authorized United States Officer

## 00-6360
## CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest  FRANCISCO ORTEGA

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Theft of interstate and foreign shipment of freight,

in violation of Title 18  United States Code, Sections  371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |