## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED JAN 8 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD. MADDOX

| | | | |
|---|---|---|---|
| DEFT: | FRANCISCO ORTEGA (surrender) | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | DON CHASE  pes | ATTY: | BRIAN BIEBER, ESQ. - Joel Hirschhorn |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | 100,000 PERSONAL SURETY |

BOND HEARING HELD - yes (no) *stip*    COUNSEL APPOINTED: _____

BOND SET @: 100,000 PSB    To be cosigned by: wife

☒ Not to encumber property
☐ Do not violate any law. w/out permission of court.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☒ Rpt to PTS as directed / or _____ x's a week/month by phone _____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☒ Travel *unrestricted* SD/FL
☐ Halfway House _____

Deft advised of charges - cnsl present

re-set for IRC and arraignment

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 1-12 | 11 | LSS | ✓ |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 1-25 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | 1-25 | 11 | BSS | ) |

DATE: 1/8/01    TIME: 11:00    FTL/LSS TAPE # 01 - 002    Begin: 1199    End: 1523