# *United States District Court*

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

FRANCISCO ORTEGA

**CASE NUMBER:**

**TO:   The United States Marshal
and any Authorized United States Officer**

**00-6360
CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW**

YOU ARE HEREBY COMMANDED to arrest    FRANCISCO ORTEGA

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight;

in violation of Title 18 United States Code, Sections __371; 659 and 2__

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft Lauderdale, FL |||
| DATE RECEIVED
12/19/2000 | NAME AND TITLE OF ARRESTING OFFICER
James A. Tassone, USM
SD/FL | SIGNATURE OF ARRESTING OFFICER
Ed Purchase, SDUSM |
| DATE OF ARREST
01/08/2001 | | |