UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,       CASE NO. 00-6360-CR-DIMITROULEAS

        Plaintiff,

v.

FRANCISCO ORTEGA,

        Defendant.
_____/

## NOTICE OF APPEARANCE

The law firm, HIRSCHHORN & BIEBER, P.A., hereby enters its appearance as counsel for the Defendant, FRANCISCO ORTEGA, in the District Court proceedings only.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled cause shall be forwarded to the undersigned attorneys for the Defendant.

                                HIRSCHHORN & BIEBER, P.A.
                                Attorneys for Defendant ORTEGA
                                Douglas Centre - Penthouse One
                                2600 Douglas Road
                                Coral Gables, FL  33134
                                Telephone #: (305) 445-5320
                                Facsimile #: (305) 446-1766

By: _____
         BRIAN H. BIEBER
         Florida Bar No. 8140

         JOEL HIRSCHHORN
         Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via United States mail this ___ day of January, 2001, to Donald F. Chase, Esq., Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394.

                                _____
                                BRIAN H. BIEBER