COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Francisco Ortega (B)   CASE NO: 00-6360-CR-Dimitrouleas
AUSA: Don Chase /Bruce Brown   ATTNY: Brian Bieber/Joel Hirschhorn *present*.
AGENT: _____   VIOL: _____
PROCEEDING: ARRAIGNMENT & Status Conference   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

____ BOND SET @ _____

FILED by INTAKE ___ D.C.
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

(Circle One)
Interpreter Request
No interpreter
Not Known
Spanish
(Specify Language)

Discovery out
5 days to try. Govt's
mot. to
Cont.
pending

∆ - has not rec'd
discovery

Reading of indictment waived
Not guilty plea entered
_____
Standing Discovery Order requested

NEXT COURT APPEARANCE: ___   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 1-25-01   TIME: 11:00am   TAPE # 01- 003/004   PG # 9
28:39 - 36:44