FILED by___ D.C.
INTAKE

JAN 2 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D OF FLA. • FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Francisco Ortega

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 1-25-01, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court~~xxxxxxx~~ted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: See Bond
                      _____
                      Telephone: _____

DEFENSE COUNSEL:      Name: Brian Bieber
                      Address: _____
                      _____
                      Telephone: _____

BOND SET/CONTINUED:   $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 25 day of January, 20 01.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk
                    01-003/004
    Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services