## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-Cr-WPD    DATE: February 21, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Yosmany Nunez, Francisco Ortega

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Alexander Michaels, Brian Bieber

REASON FOR HEARING: Calendar call / Status Conference

RESULT OF HEARING: Deft Ortega was not present as required. Court resets his case for 2/27 @ 9:15 for Cal. Call.

Re: Deft Yosmany Nunez. Joint motion to Continue is Granted. Court resets case & finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 4/20/01    TIME: 9:00    FOR: Cal. Call
MISC: 4/23/01    2 week trial period

158/79