## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-CR-WPD     DATE: February 27, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA     VS. Francisco Ortega

U.S. ATTORNEY: Don Chase     DEFT. COUNSEL: Brian Bieber

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's motion to continue is granted. Court Resets the Case for 3/9/01 and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 3/9/01     TIME: 9:15     FOR: Cal. Call
MISC: 3/12/01 2 week trial period