**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD   DATE: March 9, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Apariccio

UNITED STATES OF AMERICA   VS. Francisco Ortega

U.S. ATTORNEY: Ori Chase   DEFT. COUNSEL: Brian Bieber

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 3. Govt agrees to dismiss Count 1 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 5/18/01   TIME: 2:30   FOR: Sentencing
MISC: written plea agreement filed