UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO ORTEGA,

        Defendant.
_____/



## DEFENDANT'S OBJECTIONS TO THE
## PRE-SENTENCE INVESTIGATION REPORT

Defendant, FRANCISCO ORTEGA, by and through undersigned counsel, files his Objections to the Pre-Sentence Investigation Report, and, as grounds therefore, states as follows:

### PART A. THE OFFENSE

**Paragraph 24**: Objection.   The parties have stipulated that the loss amount attributed to Defendant is $37,150.00.

**Paragraph 44**: Objection.   Pursuant to U.S.S.G. §2B1.1(b)(1)(G), the value of the loss is $37,150.00. Accordingly, a six (6) level increase is authorized.[1]

**Paragraph 49**: Objection.   The adjusted offense level (subtotal) should be twelve (12).

**Paragraph 51**: Objection.   The total offensive level should be ten (10).

### PART C. OFFENDER CHARACTERISTICS

**Paragraph 68**: Objection.   Defendant's grandson is ten (10) years old, not ten (10) months old.

**Paragraph 82**: Objection.   Defendant objects to a fine being imposed. See also, objection to Paragraph 92, infra.

---

[1] United States v. Wilson, 993 F.2d 214, 217-18 (11th Cir. 1993).
HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

## PART D. SENTENCING OPTIONS

**Paragraph 84**: Objection.     Based on a total offense level of 10 and a criminal history category of 1, the guideline imprisonment range is 6-12 months.

**Paragraph 85**: Objection.     Since the guideline range is in Zone B, and the Government has stipulated to the loss <u>sub judice</u> attributable to Defendant, a sentence of home detention should be imposed.

**Paragraph 89**: Objection.     The applicable guideline range is in Zone B.

**Paragraph 92**: Objection.     Defendant does not believe restitution is inapplicable but respectfully disagrees with the amount of same attributed to the Defendant as set forth in the PSI.

## PART E. FACTORS THAT MAY WARRANT DEPARTURE

**Paragraph 94**: Defendant anticipates the Government may file a Motion for Downward Departure, pursuant to U.S.S.G. §5K.1, and Defendant respectfully reserves the right to seek a downward departure, pursuant to U.S.S.G. §5K2.0, if necessary.

## PART F. IMPACT OF THE PLEA AGREEMENT

**Paragraph 95**: Objection. The loss amount of $85,150.00 is not attributable to this Defendant, pursuant to U.S.S.G. §2B1.1(b)(1)(G) and the Plea Agreement, Paragraphs 2(a) and 2(b).

Respectfully Submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant ORTEGA
2600 Douglas Road, Penthouse One
Coral Gables, FL 33134
Tel: (305) 445-5320 / Fax: (305) 446-1766

By: _____

BRIAN H. BIEBER
Florida Bar No. 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via United States mail this 26th day of April, 2001, to Donald F. Chase, Esq., Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394, and Kenneth J. Gonzalez, U.S. Probation Officer, Room 315 U.S. Courthouse, 300 N.E. 1st Ave., Miami, FL 33132.

_____

BRIAN H. BIEBER

3