## CRIMINAL MINUTES

FILED by _____ D.C.
MAY 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-CR-WPD      DATE: May 18, 2001

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff / Onita Rebecca

PROBATION: Michael Sarucci      INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.  Francisco Ortega

U.S. ATTORNEY: Don Chase      DEFT. COUNSEL: Brian Bieber

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 3 years probation, the first 6 months are to be spent in home confinement without electronic monitoring, $7669.52 joint and several liability, $2000 fine, $100 assessment. Fine & restitution to be paid over the period of probation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft. informed of right to appeal.