# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| FRANCISCO ORTEGA | Case Number: 00-6360CR-WPD |
| | Counsel For Defendant: Brian Bieber, Esq. |
| | Counsel For The United States: Donald Chase, II, AUSA |
| | Court Reporter: Anita LaRocca |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) Three (3)

[ ] pleaded nolo contendere to count(s) which was accepted by the court.

[ ] Was found guilty on count(s) after a plea of not guilty

FILED by _____ D.C.
MAY 2 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 659 | Knowingly and Willfully Receiving And Possessing Chattels of a Value In Excess of $1,000 Which Were Part of An Interstate Shipment of Freight | 11/18/1999 | Three |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s) One (Is) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 10/10/1937
Defendant's USM Number: 55605-004

Defendant's Residence Address:
8261 SW 35 Terrace

Miami, FL 33155

Defendant's Mailing Address:
8261 SW 35 Terrace

Miami, FL 33155

May 18, 2001
Date of Imposition of Judgment

_[signature]_

**William P. Dimitrouleas**
United States District Judge

Date: _May 21, 2001_

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By T. Dallen
Deputy Clerk
Date 5/21/01



No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Pinchas SDUSM